IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JEFFREY MCCUISTION,

    Plaintiff,

v.                                           Case No. _____

FOREST PROPERTIES MANAGEMENT, INC.,
d/b/a AUDUBON COVE,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JEFFREY MCCUISTION, (*hereinafter* "MCCUISTION"), by and through her undersigned counsel, and sues Defendant, FOREST PROPERTIES MANAGEMENT, INC. d/b/a AUDUBON COVE (*hereinafter* "FOREST PROPERTIES") and in support thereof he alleges as follows:

### I. THE PARTIES AND JURISDICTION

1. This is an action for damages that exceed FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs and interest.

2. This lawsuit arises out of an accident that occurred at Audubon Cove at 7791 Georgian Bay, Fort Myers, Lee County, Florida on October 26, 2022.

3. At all material times, MCCUISTION was and is a competent adult individual who was and is a resident of Fort Myers, Lee County, Florida and is otherwise *sui juris*.

4. At all material times, FOREST PROPERTIES was a Florida corporation and actively conducts business in Lee County, Florida, and the property management company for Audubon

1

Cove.

5. All of the events giving rise to this cause of action occurred within Fort Myers, Lee County, Florida. Accordingly, both Jurisdiction and Venue are appropriate in this judicial Circuit.

## II. FACTUAL BACKGROUND

6. On or about, October 26, 2022, MCCUISTION was at his home located at 7791 Georgian Bay, Apartment 211, Audubon Cove, Fort Myers, Florida.

7. Plaintiff was using the stairwell for egress from his residence, when while he was walking down the stairs the staircase broke as bolts on both sides of a rusted portion of the stairwell which were intended to be securing it came out, causing the stairwell to collapse and plaintiff to fall waist deep completely through the stairwell.

## CAUSE OF ACTION
(Negligence Against Forest Properties Management, Inc. by JEFFREY MCCUISTION)

8. PLAINTIFF repeats and incorporate herein by reference paragraphs 1 through 7 of this Complaint as if fully reproduce herein.

10. FOREST PROPERTIES as property management was responsible for the maintenance and upkeep and safety of the premises for Audubon Cove at the plaintiff's address cited herein, knew or should have known of said dangerous condition and failed to inspect and take reasonable measures to make the premises safe to warn the general public, or MCCUISTION, of any danger. Alternatively, FOREST PROPERTIES allowed the dangerous condition to exist for a length of time in which a reasonable inspection would have disclosed such condition.

11. As a direct and proximate result of the carelessness and negligence of FOREST

2

PROPERTIES, MCCUISTION was caused to sustain personal injuries and other losses including bodily injury; (ii) lost wages; and (v) expenses of hospitalization, medical and nursing care and treatment.

**WHEREFORE**, Plaintiff, JEFFREY MCCUISTION demands judgment against Defendant, FOREST PROPERTIES MANAGEMENT, INC. d/b/a AUDUBON COVE granting the following relief:

a. All economic and non-economic damages to which he is legally entitled for his personal injuries; and,

b. All costs of this action,

c. A jury trial as to all issues so triable,

d. Such other relief as this honorable Court deems just and appropriate.

Respectfully submitted this 23rd day of April 2024.

MARC L. SHAPIRO, P.A.

By:   /s/ C. Randall Austin, Esq.
**C. Randall Austin, Esquire**
Florida Bar no. 802670
720 Goodlette-Frank Road North, Suite 304
Naples, FL  34102-5656
Telephone: (239) 649-8050
Facsimile: (239) 649-8057
Service Email: service@attorneyshapiro.com
Communication Email: randall@attorneyshapiro.com
*Attorney for Plaintiff*