UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 0:24-CV-463

JEFFREY MCCUISTION,
PLAINTIFF(s),
v.
FOREST PROPERTIES MANAGEMENT, INC. d/b/a AUDUBON COVE,
DEFENDANT(s).
_____/

**MEDIATION DISPOSITION REPORT**

A Mediation conference was conducted on April 28, 2025. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

XX    All Plaintiffs and their respective trial counsel.
XX    All Defendants and/or their fully authorized claims representative, and their respective trial counsel.

XX    AGREEMENT.
A partial/final agreement was reduced to writing and signed by the participating parties. Counsel for the parties shall report the partial/final agreement to the Court, and /or file the appropriate stipulation for Dismissal.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 4/28/2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

*/s/ STEVEN R. JAFFE*

Steven R. Jaffe, Mediator
Mediator # 35295R
Upchurch Watson White & Max
Phone: 800-863-1462 Fax: 954-334-2838
sjaffe@uww-adr.com